IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

MARCELINO REYES,

    Plaintiff-Appellant,

v.                                                                No.  28,502

STATE OF NEW MEXICO
DEPARTMENT OF TRANSPORTATION,

    Defendant-Appellee.

**APPEAL FROM THE DISTRICT COURT OF SANTA FE COUNTY**
**James A. Hall, District Judge**

Donald R. Sears Jr.
Albuquerque, NM

for Appellant

Montgomery & Andrews PA
Holly Agajanian
Santa Fe, NM

for Appellee

**MEMORANDUM OPINION**

**SUTIN, Judge.**

Summary affirmance was proposed for the reasons stated in the notice of proposed summary disposition. No memorandum opposing summary affirmance has been filed and the time for doing so has expired.

AFFIRMED.

**IT IS SO ORDERED.**

_____

**JONATHAN B. SUTIN, Judge**

**WE CONCUR:**

_____

**CELIA FOY CASTILLO, Judge**

_____

**MICHAEL E. VIGIL, Judge**